# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| v.<br>PLAINTIFF(S)<br>Kumar et al<br>DEFENDANT(S). | 2:17-cv-05012 RGK(FFMx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

7/26/17
Date

Philip S. Gutierrez
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

Date

United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    2:16-cr-00364 PSG    and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or

☐ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___NA___ to Magistrate Judge ___NA___.

On all documents subsequently filed in this case, please substitute the initials ___PSG___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:17-cv-05012 PSG(FFMx)___ This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ Previous Judge    ☐ Statistics Clerk

CV-34 (10/16)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Cases)